FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2024 JUN -7  A 10: 05

TERRY STEELE,   )
        )
    Plaintiff,   )
        )
v.   )
        )   June 7, 2024
ANTONY BLINKEN   )
    Secretary,   )   1:24-cv-00981
U.S. Department of State,   )
    Agency.   )
        )   6/8
    Defendant.   )
        )

## MOTION FOR ADDING FREEDOM OF INFORMATION ACT DISCOVERY

The Plaintiff, TERRY STEELE, *pro se,* states as follows in support of his Complaint against the Defendant, Antony Blinken, Secretary of the United States Department of State ("DOS"):

Plaintiff moves the Judge grant Motion and allow FOIA information as direct evidence.

The grounds are as follows: -

1. Defendant has withheld exculpatory information and uses nanotechnology illegally for surveillance.

2. Privacy Act violations and harassment are continual.

WHEREFORE, the Plaintiff, TERRY STEELE, seeks from the Court and requests as follows: -

    A.    Allow Motion and expedited Freedom of Information Act Information disclosure for direct evidence and expose public corruption as gained from FOIA.

TERRY L. STEELE, Plaintiff

_____

Terry L. Steele

12914 New Parkland Drive

Herndon, VA 20171

Phone: 703-435-7661 / 703-994-6233

Date: June 7, 2024

# CERTIFICATE OF SERVICE

I, Terry Steele, hereby certify that I served the court via the drop box and agency *via* PACER the following motion.

Provided on June 7, 2024, as follows:

RE: *Terry L. Steele v. U.S. Department of State*

Appeal No. 2022002061
Hearing No. 570-2021-01131X
Agency No. DOS 0194-20

*via* PACER to:
Antony Blinken
Secretary, U.S. Department of State
Agency
The Executive Office
Office of the Legal Adviser
Suite 5.600; 600 19th Street, NW
Washington, D.C. 20522

*via* PACER to:
U.S. Department of State
Office of the Legal Adviser
L/EMP; HST Room 6421
2201 C Street, N.W.
Washington, D.C. 20520
Telephone: (202) 736-7704
Facsimile: (202) 647-6794

*via* PACER to:
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

*via* PACER to:
Office of the U. S. Attorney for the Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

*via* Drop box:
Office of the Clerk
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798

Enclosures as stated:
*via* Pacer and *via* Drop box
Signed by Mr. Terry L. Steele
Fairfax County
12914 New Parkland Drive
Herndon, VA 20171

Plaintiff:
Mr. Terry L. Steele
Email: terrysteele1@verizon.net;
Email 2: SteeleTL@state.gov

File6 TSteele6 Motion to ADD FOIA Discovery

Signed: *Terry L Steele*

Date: June 7, 2024

4